# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                          **PLAINTIFF**
**ADC #650936**

**V.**                        **NO. 4:26-cv-00112-BSM-ERE**

**GOODLOE and**
**REDIX**                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.      Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this RD. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

### II.     Background

On February 3, 2026, *pro se* plaintiff Carlos Ray Frazier, formerly an Arkansas Division of Correction ("ADC") inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*.

On February 19, 2026, mail sent to Mr. Frazier from the Court was returned as undeliverable with the notation "Paroled No Longer At Facility." *Doc. 4*.

Mr. Frazier has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 3*). As a result, the Court has no way to communicate with Mr. Frazier about his lawsuit.

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Frazier's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to my February 20 Order; (3) update his address; and (4) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

DATED 30 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE