## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                              **PLAINTIFF**
**ADC No. 650936**

**v.**                          **CASE NO. 4:26-CV-00112-BSM**

**GOODLOE,** *et al.*                                              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 9] is adopted, and Carlos Frazier's complaint is dismissed without prejudice.

IT IS SO ORDERED this 15th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE