**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CARLOS RAY FRAZIER**                                                           **PLAINTIFF**
**ADC No. 650936**

**v.**                                          **CASE NO. 4:26-CV-00112-BSM**

**GOODLOE,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE